PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET BRANICK-ABILLA (CABN 223600)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES PRATT,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Civil No. 2:23-cv-02361-AC<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 14 days, from February 16, 2024 to March 1, 2024, for Defendant to file his Cross-Motion for Summary Judgment.  Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is Defendant's first request for an extension of time.  Plaintiff's counsel does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension.  Due to ongoing staffing fluctuations and organizational changes, the

undersigned counsel for the Commissioner has been tasked with additional duties including serving as a jurisdictional coordinator, reviewing other attorneys' work, training and mentoring new attorneys, and handling more cases, with responsibility for over 40 cases pending in District Court and the Ninth Circuit.  As a result, and despite diligent efforts to comply with this Court's Scheduling Order, counsel for the Commissioner needs a short extension in the instant case to review the administrative record, consider the issues that Plaintiff has raised, confer with his client as necessary, and prepare the Commissioner's Cross-Motion.

Respectfully submitted,

Dated: February 13, 2024          LAW OFFICES OF FRANCESCO BENAVIDES

By:     */s/ Francesco Benavides*\*
         FRANCESCO BENAVIDES
         Attorney for Plaintiff
         [*as authorized by email on Feb. 13, 2024]

Dated: February 13, 2024          PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation, Office 7

By:     */s/ Margaret Branick-Abilla*
         MARGARET BRANICK-ABILLA
         Special Assistant United States Attorney
         Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including March 1, 2024, to submit his Cross-Motion for Summary Judgment.  Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

DATED: February 13, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE