PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 570-4809
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL JAMES PRATT,

    Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:23-cv-02361-AC

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER**

Stipulation; [Proposed] Order
2:23-cv-02361-AC

1

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Appeals Council will direct that the case be assigned to a different administrative law judge (ALJ).  *See* Hearings, Appeals and Litigation Law (HALLEX) I-2-1-55D.2.  On remand, the ALJ will further consider all relevant medical and non-medical evidence, take further action to complete the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                              Respectfully submitted,

Dated: February 26, 2024        LAW OFFICES OF FRANCESCO BENAVIDES

                              By: */s/ Francesco Benavides*\*
                                  FRANCESCO BENAVIDES
                                  Attorneys for Plaintiff
                                  [\*As authorized by e-mail on Feb. 26, 2024]

Dated: February 27, 2024        PHILLIP A. TALBERT
                                  United States Attorney

                              By: */s/ Margaret Branick-Abilla*
                                  MARGARET BRANICK-ABILLA
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 27, 2024

                                                      /s/ Allison Claire
                                                      ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE